UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| NAHVARJ MILLS, and | : | VIOLATIONS: |
| DEVIN ROBERTS, | : | 18 U.S.C. § 2261(a)(1), (b)(3) |
| | : | (Interstate Domestic Violence) |
| Defendants. | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii), (iii) |
| | : | (Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence) |
| | : | 22 D.C. Code §§ 401, 4502 |
| | : | (Assault with Intent to Kill While Armed) |
| | : | 22 D.C. Code § 402 |
| | : | (Assault with a Dangerous Weapon) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime of Violence) |
| | : | |
| | : | FOREFEITURE: |
| | : | 18 U.S.C. § 924(d), 21 U.S.C. § 853(a) and (p), and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury Charges that:

**COUNT ONE**

On or about January 23, 2024, within the District of Columbia and elsewhere, **NAHVARJ MILLS** travelled in interstate commerce with the intent to kill, injure, harass, or intimidate M.J., an intimate partner and dating partner of **MILLS**, and, in the course of and as a result of such

travel, committed and attempted to commit a crime of violence against M.J., that is, Count Four, which is incorporated herein.

The Grand Jury further charges that the defendant used a dangerous weapon, that is, a firearm, during the offense.

**(Interstate Domestic Violence**, in violation of Title 18, United States Code, Sections 2261(a)(1) and (b)(3))

## COUNT TWO

On or about January 23, 2024, within the District of Columbia, **NAHVARJ MILLS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Maryland, Charles County Circuit Court, Case Number 08K14000007, did unlawfully and knowingly receive and possess a firearm, that is a .40 caliber Taurus, and did unlawfully and knowingly receive and possess ammunition, that is .40 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about January 23, 2024, within the District of Columbia, **NAHVARJ MILLS** did unlawfully and knowingly use, carry, brandish, and discharge a firearm during and in relation to, and possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein.

**(Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii))

## COUNT FOUR

On or about January 23, 2024, within the District of Columbia, **NAHVARJ MILLS**, while armed with a firearm, assaulted M.J. with the intent to kill M.J.

**(Assault With Intent to Kill While Armed**, in violation of Title 22, District of Columbia Code, Sections 401, 4502)

## COUNT FIVE

On or about January 22, 2024, within the District of Columbia, **DEVIN ROBERTS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Maryland, Prince George's County Circuit Court, Case Number CT190274X, did unlawfully and knowingly receive and possess a firearm, that is a .40 caliber Taurus, and did unlawfully and knowingly receive and possess ammunition, that is .40 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about January 22, 2024, within the District of Columbia, **DEVIN ROBERTS** assaulted M.J. with a dangerous weapon, that is, a firearm.

**(Assault With a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402)

## COUNT SEVEN

On or about January 22, 2024, within the District of Columbia, **DEVIN ROBERTS** did possess a firearm while committing the crime of Assault with a Dangerous Weapon, as set forth in Count Six of this Indictment.

**(Possession of a Firearm During a Crime of Violence**, in violation of Title 22, District of Columbia Code, Section 4504(b))

## FORFEITURE NOTICE

1.  Upon conviction of the offenses alleged in Counts Two, Three, and Five of this Indictment, **NAHVARJ MILLS** and **DEVIN ROBERTS** shall forfeit to the United States, pursuant to Title 18 United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), any firearms, and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a .40 caliber Taurus.

2.  Upon conviction of the offenses alleged in Count One of this Indictment, **NAHVARJ MILLS** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this offense. The United States will also seek a forfeiture money judgment against **MILLS** equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, this offense.

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of **NAHVARJ MILLS** or **DEVIN ROBERTS**:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property that cannot be divided without difficulty;

**NAHVARJ MILLS** and **DEVIN ROBERTS** shall forfeit to the United States any other property, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL


FOREPERSON

*Matthew M. Graves /JJI*

Attorney of the United States in
and for the District of Columbia.