UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

NAHVARJ MILLS,

        *Defendant.*

Criminal Action No. 24-cr-332 (ACR)

## VERDICT FORM

**We, the Jury, hereby return this unanimous verdict in the above-captioned case:**

**COUNT ONE: Cyberstalking (M.J.)**

With respect to Count One, the charge of Cyberstalking (M.J.), how do you find the defendant NAHVARJ MILLS?

_____       ✓
NOT GUILTY          GUILTY

**If you find the defendant NOT GUILTY as to Count One, go on to Count Two.**

**If you find the defendant GUILTY as to Count One, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS committed the offense charged in Count One in violation of a protection order?

NO _____       YES ✓

**COUNT TWO: Cyberstalking (T.G.)**

With respect to Count Two, the charge of Cyberstalking (T.G.), how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY __✓__

---

**COUNT THREE: Interstate Stalking (Substantial Emotional Distress) on or about January 20, 2024**

With respect to Count Three, the charge of Interstate Stalking (Substantial Emotional Distress) on or about January 20, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY __✓__

**If you find the defendant NOT GUILTY as to Count Three, go on to Count Four.**

**If you find the defendant GUILTY as to Count Three, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS committed the offense charged in Count Three in violation of a protection order?

NO _____    YES __✓__

---

**COUNT FOUR: Interstate Stalking (Substantial Emotional Distress) on or about January 21, 2024**

With respect to Count Four, the charge of Interstate Stalking (Substantial Emotional Distress) on or about January 21, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY __✓__

**If you find the defendant NOT GUILTY as to Count Four, go on to Count Five.**

**If you find the defendant GUILTY as to Count Four, you must answer the following two questions:**

Do you find that defendant NAHVARJ MILLS committed the offense charged in Count Four in violation of a protection order?

NO _____          YES ✓

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Four?

NO _____          YES ✓

---

**COUNT FIVE:  Interstate Stalking (Substantial Emotional Distress or Significant Bodily Injury) on or about January 22, 2024**

With respect to Count Five, the charge of Interstate Stalking (Substantial Emotional Distress or Significant Bodily Injury) on or about January 22, 2024, how do you find the defendant NAHVARJ MILLS?

_____          ✓
NOT GUILTY              GUILTY

**If you find the defendant NOT GUILTY as to Count Five, go on to Count Six.**

**If you find the defendant GUILTY as to Count Five, you must answer the following two questions:.**

Do you find that defendant NAHVARJ MILLS committed the offense charged in Count Five in violation of a protection order?

NO _____          YES ✓

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Five?

NO _____     YES \_✓\_\_\_

---

### COUNT SIX: Interstate Stalking (Substantial Emotional Distress or Significant Bodily Injury) on or about January 23, 2024

With respect to Count Six, the charge of Interstate Stalking (Substantial Emotional Distress or Significant Bodily Injury) on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY \_✓\_\_\_

**If you find the defendant NOT GUILTY as to Count Six, go on to Count Seven.**

**If you find the defendant GUILTY as to Count Six, you must answer the following two questions:**

Do you find that defendant NAHVARJ MILLS committed the offense charged in Count Six in violation of a protection order?

NO _____     YES \_✓\_\_\_

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Six?

NO _____     YES \_✓\_\_\_

---

### COUNT SEVEN: Interstate Violation of a Protection Order on or about January 20, 2024

With respect to Count Seven, the charge of Interstate Violation of a Protection Order on or about January 20, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY \_✓\_\_\_

## COUNT EIGHT:  Interstate Violation of a Protection Order on or about January 21, 2024

With respect to Count Eight, the charge of Interstate Violation of a Protection Order on or about January 21, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____          GUILTY __✓__

**If you find the defendant NOT GUILTY as to Count Eight, go on to Count Nine.**

**If you find the defendant GUILTY as to Count Eight, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Eight?

NO _____          YES __✓__

---

## COUNT NINE:  Interstate Violation of a Protection Order on or about January 22, 2024

With respect to Count Nine, the charge of Interstate Violation of a Protection Order on or about January 22, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____          GUILTY __✓__

**If you find the defendant NOT GUILTY as to Count Nine, go on to Count Ten.**

**If you find the defendant GUILTY as to Count Nine, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Nine?

NO _____          YES __✓__

**COUNT TEN: Interstate Violation of a Protection Order on or about January 23, 2024**

With respect to Count Ten, the charge of Interstate Violation of a Protection Order on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____      GUILTY __✓__

**If you find the defendant NOT GUILTY as to Count Ten, go on to Count Eleven.**

**If you find the defendant GUILTY as to Count Ten, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Ten?

NO _____      YES __✓__

---

**COUNT ELEVEN: Interstate Domestic Violence on or about January 23, 2024**

With respect to Count Eleven, the charge of Interstate Domestic Violence on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY __✓__      GUILTY _____

**If you find the defendant NOT GUILTY as to Count Eleven, go on to Count Twelve.**

**If you find the defendant GUILTY as to Count Eleven, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS used a dangerous weapon, that is, a firearm, during the offense charged in Count Eleven?

NO _____      YES _____

## COUNT TWELVE: Unlawful Possession of a Firearm on or about January 21, 2024

With respect to Count Twelve, the charge of Unlawful Possession of a Firearm on or about January 21, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY                                    GUILTY ✓

---

## COUNT THIRTEEN: Unlawful Possession of a Firearm on or about January 22, 2024

With respect to Count Thirteen, the charge of Unlawful Possession of a Firearm on or about January 22, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY                                    GUILTY ✓

---

## COUNT FOURTEEN: Unlawful Possession of a Firearm on or about January 23, 2024

With respect to Count Fourteen, the charge of Unlawful Possession of a Firearm on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY                                    GUILTY ✓

---

## COUNT FIFTEEN: Discharging a Firearm During and in Relation to a Crime of Violence on or about January 23, 2024

With respect to Count Fifteen, the charge of Discharging a Firearm During and in Relation to a Crime of Violence on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY ✓                                  GUILTY

**COUNT SIXTEEN: Interstate Communications with Intent to Extort on or about January 1, 2024**

With respect to Count Sixteen, the charge of Interstate Communications with Intent to Extort on or about January 1, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____        GUILTY \_\_✓\_\_\_\_\_

---

**COUNT SEVENTEEN: Assault with Intent to Kill on or about January 23, 2024**

With respect to Count Seventeen, the charge of Assault with Intent to Kill on or about January 23, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY \_\_✓\_\_\_\_\_        GUILTY _____

**If you find the defendant NOT GUILTY as to Count Seventeen, go on to Count Eighteen.**

**If you find the defendant GUILTY as to Count Seventeen, you must answer the following question:**

Do you find that defendant NAHVARJ MILLS was armed with a firearm at the time of the offense charged in Count Seventeen?

NO _____        YES _____

---

**COUNT EIGHTEEN: Assault with a Dangerous Weapon on or about December 30, 2023**

With respect to Count Eighteen, the charge of Assault with a Dangerous Weapon on or about December 30, 2023, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____        GUILTY \_\_✓\_\_\_\_\_

**COUNT NINETEEN: Assault with a Dangerous Weapon on or about January 21, 2024**

With respect to Count Nineteen, the charge of Assault with a Dangerous Weapon on or about January 21, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY ✓

---

**COUNT TWENTY: Assault with a Dangerous Weapon on or about January 22, 2024**

With respect to Count Twenty, the charge of Assault with a Dangerous Weapon on or about January 22, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY ✓

---

**COUNT TWENTY-ONE: Possession of a Firearm During a Crime of Violence on or about December 30, 2023**

With respect to Count Twenty-One, the charge of Possession of a Firearm During a Crime of Violence on or about December 30, 2023, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY ✓

---

**COUNT TWENTY-TWO: Possession of a Firearm During a Crime of Violence on or about January 21, 2024**

With respect to Count Twenty-Two, the charge of Possession of a Firearm During a Crime of Violence on or about January 21, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____    GUILTY ✓

**COUNT TWENTY-THREE: Possession of a Firearm During a Crime of Violence on or about January 22, 2024**

With respect to Count Twenty-Three, the charge of Possession of a Firearm During a Crime of Violence on or about January 22, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY __✓__

---

**COUNT TWENTY-FOUR: First Degree Unlawful Publication on or about January 6, 2024**

With respect to Count Twenty-Four, the charge of First Degree Unlawful Publication on or about January 6, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY __✓__

---

**COUNT TWENTY-FIVE: First Degree Unlawful Publication on or about January 11, 2024**

With respect to Count Twenty-Five, the charge of First Degree Unlawful Publication on or about January 11, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY __✓__

---

**COUNT TWENTY-SIX: First Degree Unlawful Publication on or about January 20, 2024**

With respect to Count Twenty-Six, the charge of First Degree Unlawful Publication on or about January 20, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____     GUILTY __✓__

**COUNT TWENTY-SEVEN: First Degree Unlawful Publication between on or about January 19, 2024, and January 29, 2024**

With respect to Count Twenty-Seven, the charge of First Degree Unlawful Publication between on or about January 19, 2024, and January 29, 2024, how do you find the defendant NAHVARJ MILLS?

NOT GUILTY _____   GUILTY \_\_✓\_\_

Dated: \_\_12/19/24\_\_