**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-332 (ACR)** |
| | : | |
| **NAHVARJ MILLS** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

Upon consideration of the parties' representations, as well as the Court's review of the entire record, it is hereby **ORDERED** pursuant to 18 U.S.C. § 4241 that Defendant be examined by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency pursuant to 18 U.S.C. §§ 4247(b)–(c), and that after such examination a report be made to this Court as to:

1. Whether Defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

2. If the answer to the preceding question is in the negative, whether the examining psychiatrist believes Defendant should be transferred to a mental health facility for further examination and treatment.

The Court requests, but does not order, that the report generated as a result of this initial screening be completed by September 19, 2025, subject to the availability of staff resources to honor this request.

It is further **ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the preliminary competency examination and report.

**SO ORDERED.**

Date: August 21, 2025

_____
ANA C. REYES
United States District Judge