**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 24-CR-332** |
| **v.** | : | |
| **NAHVARJ MILLS** | : | |
| **Defendant.** | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Marc Eisenstein, counsel for Defendant Nahvarj Mills, respectfully moves to withdraw as counsel. In support of this request, undersigned counsel submits the following:

Mr. Mills has stated that he no longer wants undersigned counsel to represent him and instructed that a motion to withdraw be filed. There are irreconcilable differences between undersigned counsel and Mr. Mills that have caused a complete breakdown in the attorney client relationship. Undersigned counsel requests that the Court schedule an *ex parte* status conference to address this Motion and the relief sought. Undersigned counsel also asks that all pending deadlines be stayed pending resolution of this motion.

*/s/ Marc Eisenstein*

Marc Eisenstein (DC Bar No. 1007208)
Coburn & Eisenstein, PLLC
1200 G Street, NW
8th Floor
Washington, DC 20005
Phone: (703) 963-7164
Fax: (866) 561-9712

marc@coburngreenbaum.com
*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 6, 2026, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record and mailed to Mr. Mills.

/s/

Marc Eisenstein