**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 24-CR-332** |
| **v.** | ) | |
| | ) | |
| **NAHVARJ MILLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

Defendant Nahvarj Mills requests that the attached *pro se* filings are made part of the record in the above-captioned matter.

Respectfully Submitted,

/s/ Marc Eisenstein

Marc Eisenstein
Coburn & Eisenstein PLLC
1200 G Street NW
8th Floor
Washington, DC 20005
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2026 a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

/s/ Marc Eisenstein

Marc Eisenstein